Margaret Cole, Appellant, v. Carl I. Glasgow et al., Appellees.

Gen. No. 9,482.

opinion filed May 28, 1946; released for publication June 24, 1946. Dwight H. Doss, for appellant; Ralph J. Monroe, for appellee. Opinion by JUSTICE WHEAT. **Not to be published in full.**

Vera Price, Appellee, v. Lyndell Price, Appellant.

Gen. No. 9,497.

opinion filed May 28, 1946; released for publication June 24, 1946. Jack McDonald, for appellant; Gilbert K. Hutchens, for appellee. Opinion by JUSTICE WHEAT. **Not to be published in full.**